UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

| | |
|---|---|
| IAN LOCKE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BEAR'S FRUIT, LLC,<br><br>Defendant. | **MOTION FOR DEFAULT JUDGMENT**<br><br>Case No.  1:24-cv-07564-NCM-CLP |

----------------------------------------------------------X

Comes now Plaintiff Ian Locke ("Plaintiff"), by counsel, and respectfully moves this Court for entry of default judgment against Defendant Bear's Fruit, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55.2 in the amount of $122,434.41, consisting of statutory damages of $77,000, attorney's fees of $43,605, and expenses of $1,829.41. In support of this Motion, Plaintiff submits herewith a Memorandum in Support.

Dated: July 28, 2025                                    Respectfully submitted,

**SMITH KRIVOSHEY, PC**

By:   /s/ Yeremey O. Krivoshey

Yeremey O. Krivoshey (Cal. Bar No. 295032)*
 166 Geary Street, Ste. 1500-1507
 San Francisco, CA 94108
 Phone: 415-839-7000
 E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

      \* Admitted *Pro Hac Vice*

**GOLDBERGER & DUBIN, PC**
Stacey Van Malden, Esq. (Bar No.: SV8077)
Of Counsel
401 Broadway, Suite 306
New York, New York 10013
Phone: 212-431-9380
Email: GND401@AOL.COM

*Attorneys for Plaintiff*